**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 308 EAL 2019

                Respondent    :

                       :    Petition for Allowance of Appeal from
       v.                    :    the Order of the Superior Court

MICHAEL THOMPSON,          :

              Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.